UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-22747-Civ-COOKE/GOODMAN**

ANDRES GOMEZ, on his own and
on behalf of all other individuals
similarly situated,

    Plaintiffs,

vs.

GENERAL NUTRITION CORPORATION,

    Defendant.
_____/

## ORDER SETTING PRETRIAL DEADLINES

Pursuant to Local Rule 16.1, and the Court having considered the parties' Rule 16.1 Scheduling Report, it is hereby **ORDERED** as follows:

1. **Trial Date and Calendar Call**. This trial date and calendar call date shall be determined at a later date.

2. **Pretrial Conference**. No Pretrial Conference shall be held in this action, unless the Court determines that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

3. **Pretrial Deadlines**. The pretrial deadlines are as follows:

[October 17, 2017]  Initial Disclosures.

[November 30, 2017] Motions to Amend Pleadings or Join Parties.

[February 28, 2018] Exchange of Plaintiff's Expert Witness Summary and Report.

[April 19, 2018]    Exchange of Defendant Expert Witness Summary and Report.

[April 30, 2018]    Exchange of Rebuttal, Witness Summaries and Reports.

[May 21, 2018]      Completion of Discovery (including Expert Discovery).

[June 20, 2018]     Plaintiff's Motion for Class Certification.

[(60) days after the Court's Ruling on
 Plaintiff's Motion for Class Certification]  Dispositive Motion.

[(30) days after the Court's Ruling on
  Dispositive Motion] Pre-Trial Stipulation.

[(60) days before trial]  Witness and Exhibit Lists.

3. **Non-Compliance**. Non-compliance with any provision of this Order may subject the offending party to sanctions, including denial of the motion, dismissal of claims or striking of defenses. It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 23rd day of October 2017.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*