UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-22747
JUDGE: MARCIA G. COOKE

ANDRES GOMEZ, on his own
and on behalf of all other
individuals similarly situated,
    Plaintiff(s),
vs.

GENERAL NUTRITION CORPORATION,
    Defendant(s).

_____

## MEDIATORS REPORT

Fred J. Berman, the undersigned Supreme Court Certified Circuit Court Mediator, reports to this Honorable Court as follows:

The Mediation was held on __November 30, 2017.__

   ___   AN AGREEMENT WAS REACHED

   ___   The agreement is attached with the consent of the parties.

   _X_   NO AGREEMENT WAS REACHED; IMPASSE.

   ___   The parties wish to continue settlement negotiations and shall reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an Agreement is filed with the Court on or before _____, then this matter shall be deemed impassed.

   ___   Other: _____,

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties via the Florida Courts E-filing Portal or via U.S. Mail.

BY: _____

Fred J. Berman, Berman Mediation, LLC
BermanMediationLLC@Gmail.com
Florida Supreme Court Certified
Circuit and County Mediator
Florida Mediation No 30033C