UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-22747-MGC

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

      Plaintiff,

vs.

GENERAL NUTRITION CORPORATION,

      Defendant.

_____/

**AFFIDAVIT OF ANDRES GOMEZ IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

BEFORE ME, the undersigned authority, personally appeared, Andres Gomez, (the "Affiant"),

who after being first duly sworn, says:

1. I am over the age of eighteen years, and am the Plaintiff in this action. I have personal knowledge as to all matters set forth in this declaration, and could and would competently testify to them under oath if called as a witness.

2. I am a blind individual, diagnosed with Amblyopia, Macular Atrophy Epiretinal Membranes with floaters and flashes resulting in loss of vision and metamorphopsia (visual distortion) at 16 years old.

3. Despite being permanently blind, I use the Job Access With Speech commonly known as "JAWS", screen-screen reading software program to access the internet and read website content on my computer. My JAWS screen-reading software vocalizes the visual information on my computer and provides the only method by which I, as a blind person, may independently access the internet on my computer. If websites are not designed to be compatible with screen-reading software, I cannot fully and independently access websites and the information, products and services contained thereon.

4. On several separate occasions, since 2016, I attempted to independently access and do business on GNC.com ("Website").

5. In June of 2017, I tried to independently, access the Website using my JAWS screen-reader because I wanted to find location information, learn about specials or promotions and shop for nutritional products.

6. When I tried to navigate the homepage, I found was unable to access it due to graphics, links, and buttons that are not labeled or are incorrectly labeled, or lack alternative text ("Alt-text"). This prevented my screen-reader from accurately vocalizing a description of the graphics, which prevented full and equal navigation.

7. I was not able to learn of the special offers due to the existence of long strings of random characters.  Throughout the website there were additional unlabeled graphics for other promotions and coupons in the body of the website, that I could not access with my screen-reader.

8. I was not able to find links that directed me to shop, find coupons or find locations.

9. When attempting to utilize the store locator function I only heard that there are franchising opportunities but did not hear options for specific locations.

10. I was unable to add items to a shopping cart when attempting to do so.

11. Additionally, I did not find a statement by GNC on the Website committing to complying with the ADA and providing an accessible website to users of screen-readers who are blind and/or visually impaired.

12. The website also did not allow me to adjust the website into a format that is compatible with my screen reader or the ability to change the size or type of font.

13. I have attempted to access the Website since , but I have encountered the same barriers. It does not appear as if GNC has made any improvements to the the website's accessibility. I continue to experience the same barriers. In addition, despite filing this action, I am still unable to access the Website, which prevented me from learning about deals and promotions, finding a nearby location, or learning what nutritional products are available at the GNC physical stores.

14. I want to independently access the Website the same way other web users are able to access the Website. Any means of access other than a screen reader on the Website is insufficient to allow my independent, secure and private access to the goods and services that are offered on the

website, that are otherwise independent, secure and privately available to the rest of the non-disabled public.

15. To date, I have been unable to independently access the website to do business with GNC.

16. All of this caused me to experience difficulty, discomfort, embarrassment, distress, discouragement and frustration.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct, and that this Affidavit was executed on January __5__, 2018.

Dated:

Signature of Affiant: _____
Name: <u>Andres Gomez</u>

Sworn and subscribed before me on ___January 5. 2018___,
by ___Andres Gomez___, who _____ is personally known to me ✓ produced
___State ID / FL___ as identification and who took an oath.


DANAE HERNANDEZ
Notary Public – State of Florida
Commission # GG 096200
My Comm. Expires Jun 28, 2021

Notary Public-State of Florida
Name: <u>Danae Hernandez</u>
Commision No. GG096200
My Commission Expires: ___Jun 28 2021___