UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-22747-MGC

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

    Plaintiff,

vs.

GENERAL NUTRITION CORPORATION,

    Defendant.
_____/

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Plaintiff Andres Gomez ("Plaintiff") request this Court to take judicial notice of the following matters or materials set forth below, pursuant to Federal Rules of Evidence, Rule 201, in support of Plaintiff's Motion for Summary Judgment.

Under Fed. R. Evid., Rule 201(d), judicial notice is mandatory "if requested by a party and [the court is] supplied with the necessary information." Fed. R. Evid., Rule 201(b) further provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

Accordingly, a court may take judicial notice of matters of public record. The Court may therefore take judicial notice of the recorded documents attached as follows:

1. Attached hereto as Exhibit 1 is a true and correct copy of the court's verdict and order in *Gorecki v. Hobby Lobby Stores, Inc.* Case No. 2:17-cv-01131-JFW-SK (C.D. Cal. 2017) (June 15, 2017) (ECF #47).

2. Attached hereto as Exhibit 2 is a true and correct copy of the court's order in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.,* Civil Action No. 16-23020-Civ-Scola (S.D. FL, June 13, 2017) (ECF #63).

3. Attached hereto as Exhibit 3 is a true and correct copy of the court's order in *Andrews v. Blick Art Materials, LLC,* Civil Action No. 1:17-cv-00767-JBW-RLM, 2017 WL 3278898, at *17-18 (E.D.N.Y 2017) (ECF#25).

4. Attached hereto as Exhibit 4 is a true and correct copy of the Joint Pretrial Stipulation in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.,* Civil Action No. 16-23020-Civ-Scola, Joint Pretrial Stip. of 3/17/17 at 3; ECF #34.).

5. Attached hereto as Exhibit 5 is a true and correct copy of the defendant's Proposed Findings of Fact and Conclusions of Law in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.,* Civil Action No. 16-23020-Civ-Scola Def.'s Prop. FF/CL at 7; ECF #39.).

6. Attached hereto as Exhibit 6 is a true and correct copy of the defendant's Answer in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.,* Civil Action No. 16-23020-Civ-Scola (Answer at 8; ECF #7.).

7. Attached hereto as Exhibit 7 is a true and correct copy of the defendant's Motion for Judgement on the Pleadings in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.,* Civil Action No. 16-23020-Civ-Scola (MJOP at 3; ECF #15.).

8. Attached hereto as Exhibit 8 is a true and correct copy of the defendant's Reply In Support of Motion for Judgement on the Pleadings in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.,* Civil Action No. 16-23020-Civ-Scola (Reply ISO MJOP at 6-7; ECF #19.).

9. Attached hereto as Exhibit 9 is a true and correct copy of the Statement of Interest of the United States of America in *Juan Carlos Gil v. Winn-Dixie Stores, Inc.*, Civil Action No. 16-23020 (S.D. Fla.) (ECF #23) at 5.

10. Attached hereto as Exhibit 10 is a true and correct copy of the Consent Decree in *Nat'l Fed. of the Blind, et al. United States of America v. HRB Digital LLC and HRB Tax Group, Inc.,* No. 1:13-cv-10799-GAO (entered March 25, 2014).

11. Attached hereto as Exhibit 11 is a true and correct copy of Current Unified Agenda of Regulatory and Deregulatory Actions on July 20, 2017 pg. 8.

Dated: January 5, 2018.

    Respectfully submitted,

    **The Advocacy Group**
    Counsel for Plaintiff
    333 Las Olas Way, CU3 Suite 311
    Fort Lauderdale, Florida 33301
    Phone: (954) 282-1858
    Email: service@advocacypa.com

    */s/ Jessica L. Kerr*
    JESSICA L. KERR, ESQ.
    Fla. Bar No. 92810

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                     */s/ Jessica L. Kerr*
                                                     JESSICA L. KERR, ESQ.
                                                     Fla. Bar No. 92810