# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

ANDRES GOMEZ, on his own and on behalf of all others similarly situated

    Plaintiff,

v.

GENERAL NUTRITION CORPORATION,

    Defendant.

**Case No. 1:17-cv-22747-MGC**

## DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

[Filed concurrently with Defendant's Response to Plaintiff's Motion For Summary Judgment, Affidavit of Joshua Smith, and Declaration of Paul Berg]

Defendant, General Nutrition Corporation ("GNC" or "Defendant") by and through its undersigned attorneys, hereby submits its Response to Plaintiff's Statement of Material Facts in Support of its Response in Opposition to Plaintiff's Motion For Summary Judgement and states as follows:

1. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

2. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

3. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

4. Undisputed.

5. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

6. Undisputed.

7. Undisputed.

8. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

9. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

10. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

11. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

12. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

13. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

14. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

15. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

16. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

17. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

18. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

19. Defendant has not had an adequate opportunity to complete discovery and therefore is unable to provide evidence to controvert Plaintiff's Statement. See Rule 56(d) Declaration of Paul Berg.

20. Undisputed.

21. GNC disputes Plaintiff's Statement that it has made no effort to make the website accessible. Much of www.GNC.com contains alternative text for graphics, the

background and foreground content has high contrast, and most form controls have text labels, and other details that render www.GNC.com accessible.  See Affidavit of Joshua Smith, ¶ 9. GNC disputes Plaintiff's Statement that the "terms and conditions are silent on the issue" because Plaintiff fails to define what "issue" it is referring to. If Defendant is to assume that Plaintiff is referring to GNC's efforts to make the website accessible, GNC "terms and conditions" provides "Additional Assistance. If you do not understand any of the foregoing Terms and Conditions or if you have any questions or comments, we invite you to contact us at GNC, Marketing Department - 14th Floor, 300 Sixth Avenue, Pittsburgh, PA 15222, Attn: Privacy Manager or e-mail us at privacyconcerns@gnc.com. Alternatively, you may call us toll-free at 1-877-GNC-4700." See Defendant's Response to Plaintiff's First Set of Interrogatories No. 3 which provided a link to the terms and conditions:

http://web.archive.org/web/20120804015949/http:/www.gnc.com/helpdesk/index.jsp?display=safety&subdisplay=terms

22. GNC disputes that it has no polices concerning "accessibility" GNC launched a new website platform in April, 2017 and has a policy that attempts to ensure that alternative text for graphics is available, that background and foreground content has high contrast, and that form controls have text labels. See Affidavit of Joshua Smith, ¶ 7, 8.

23. Undisputed.

24. Undisputed.

25. Undisputed.

26. GNC disputes Plaintiff's Statement that it has made no effort to make the website accessible; much of the website contains alternative text for graphics, that background and foreground content has high contrast, and that form controls have text labels, and

other details that render the website accessible. See Affidavit of Joshua Smith, ¶ 9. GNC disputes Plaintiff's Statement that the "terms and conditions are silent on the issue" because Plaintiff fails to define what "issue" it is referring to. If Defendant is to assume that Plaintiff is referring to GNC's efforts to make the website accessible, GNC "terms and conditions" provides "Additional Assistance. If you do not understand any of the foregoing Terms and Conditions or if you have any questions or comments, we invite you to contact us at GNC, Marketing Department - 14th Floor, 300 Sixth Avenue, Pittsburgh, PA 15222, Attn: Privacy Manager or e-mail us at privacyconcerns@gnc.com. Alternatively, you may call us toll-free at 1-877-GNC-4700." See Defendant's Response to Plaintiff's First Set of Interrogatories No. 3 which provided a link to the terms and conditions:

http://web.archive.org/web/20120804015949/http:/www.gnc.com/helpdesk/index.jsp?display=safety&subdisplay=terms

27. GNC disputes that it has failed to take measures to become compliant for the last two years, much of the website contains alternative text for graphics, that background and foreground content has high contrast, and that form controls have text labels, and other details that render the website accessible. See Affidavit of Joshua Smith, ¶ 9. GNC disputes Plaintiff's Statement that the "terms and conditions are silent on the issue" because Plaintiff fails to define what "issue" it is referring to. If Defendant is to assume that Plaintiff is referring to GNC's efforts to make the website accessible, GNC "terms and conditions" provides "Additional Assistance. If you do not understand any of the foregoing Terms and Conditions or if you have any questions or comments, we invite you to contact us at GNC, Marketing Department - 14th Floor, 300 Sixth Avenue, Pittsburgh, PA 15222, Attn: Privacy Manager or e-mail us at privacyconcerns@gnc.com.

Alternatively, you may call us toll-free at 1-877-GNC-4700." See Defendant's Response to Plaintiff's First Set of Interrogatories No. 3 which provided a link to the terms and conditions:

http://web.archive.org/web/20120804015949/http:/www.gnc.com/helpdesk/index.jsp?display=safety&subdisplay=terms

28. www.GNC.com, is General Nutrition Corporation's website. See Affidavit of Joshua Smith, ¶ 4.

29. Radial was the website platform provider for www.GNC.com, until April 2017. See Affidavit of Joshua Smith, ¶ 5.

30. From April 2017 to present, Sales Force Commerce Cloud is the website platform provider for www.GNC.com. See Affidavit of Joshua Smith, ¶ 6.

31. The current platform went live in April 2017. See Affidavit of Joshua Smith, ¶ 7.

32. GNC has a current policy that attempts to ensure that alternative text for graphics is available, that background and foreground content has high contrast, and that form controls have text labels for its content on its website www.GNC.com. See Affidavit of Joshua Smith, ¶ 8.

33. Much of www.GNC.com contains alternative text for graphics, the background and foreground content has high contrast, and most form controls have text labels, as well as other details that attempt to render www.GNC.com accessible. See Affidavit of Joshua Smith, ¶ 9.

34. www.GNC.com changes on almost a daily basis. See Affidavit of Joshua Smith, ¶ 10.

Dated: February 2, 2018

              By:    **s/ Paul R. Berg**
                        FL Bar # 901172
                        VOCELLE & BERG, LLP
                        3333 20th Street
                        Vero Beach, FL 32960
                        Telephone:    (772) 562-8111
                        Facsimile:     (772) 562-2870
                        Email: PBerg@vocelleberg.com
                                    Courtdocs@vocelleberg.com
                                    JGraney@vocelleberg.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 2nd day of February, 2018 I electronically filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              By:    **s/ Paul R. Berg**
                        FL Bar # 901172
                        VOCELLE & BERG, LLP
                        3333 20th Street
                        Vero Beach, FL 32960
                        Telephone:    (772) 562-8111
                        Facsimile:     (772) 562-2870
                        Email: PBerg@vocelleberg.com
                                    Courtdocs@vocelleberg.com
                                    JGraney@vocelleberg.com