UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-22747-MGC

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

    Plaintiff,

vs.

GENERAL NUTRITION CORPORATION,

    Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Joseph R. Manning, Jr. of the law firm of Manning Law, APC, for purposes of appearance as co-counsel on behalf of Andres Gomez in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Joseph R. Manning, Jr. to receive electronic filings in this case, and in support thereof states as follows:

    1.    Joseph R. Manning, Jr is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of California.

2. Movant, Jessica L. Kerr, Esquire, of the law firm of Jessica L.Kerr, P.A. dba The Advocacy Group, 200 S.E. 6th Street, Suite 504, Fort Lauderdale, FL 33301, Phone No. (954) 282-1858, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Joseph R. Manning, Jr. has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Joseph R. Manning, Jr., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Joseph R. Manning, Jr. at email address: adapracticegroup@manninglawoffice.com.

WHEREFORE, Jessica L. Kerr, moves this Court to enter an Order for Joseph R. Manning, Jr., to appear before this Court on behalf of Andres Gomez, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic

filings to Joseph R. Manning, Jr.

Date: April 23, 2018

                                  Respectfully submitted,

                                  /s/ Jessica L. Kerr\_
                                  Jessica L. Kerr, Esq.
                                  Fla. Bar No. 92810
                                  service@advocacypa.com
                                  200 S.E. 6th Street, Suite 504
                                  Fort Lauderdale, FL 33301
                                  Phone: 954-282-1858
                                  Fax: 844-786-3694
                                  Attorneys for Andres Gomez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-22747-MGC

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

    Plaintiff,

vs.

GENERAL NUTRITION CORPORATION,

    Defendant.
_____/

## CERTIFICATION OF JOSEPH R. MANNING, JR.

Joseph R. Manning, Jr., Esq., pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of Bar of the State of California.

    /s/ Joseph R. Manning, Jr.
    Joseph R. Manning, Esq.
    California Bar No.223381
    4667 MacArthur Boulevard, Suite 150
    Newport Beach, CA 92660
    Phone: 949-200-8755
    Fax: 866-843-8308
    adapracticegroup@manninglawoffice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by electronic means on this 23th day April, 2018, on all counsel or parties of record on the service list.

/s/ Jessica L. Kerr
Jessica L. Kerr, Esq.
Fla. Bar No. 92810

## SERVICE LIST

jkerr@advocacypa.com
service@advocacypa.com
adapracticegroup@manninglawoffice.com
mike@manninglawoffice.com
joe@manninglawoffice.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-22747-MGC

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

    Plaintiff,

vs.

GENERAL NUTRITION CORPORATION,

    Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR**
**<i>PRO HAC VICE</i>, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Joseph R. Manning, Jr., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Joseph R. Manning, Jr., may appear and participate in this action on behalf of Andres Gomez. The Clerk shall provide electronic notification of all electronic filings to Joseph R. Manning, Jr., at adapracticegroup@manninglawoffice.com.

DONE AND ORDERED in Chambers at Miami Dade, Florida, this _____ day of April, 2018.

_____
Marcia G. Cooke
United States District Judge

Copies furnished to: All Counsel of Record