# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

April 19, 2018

Diana/Linda
Manning Law Office, APC
4667 MacArthur Blvd
Suite 150
Newport Beach, CA 92660

Re: State Bar Member Number 223381 – Joseph Richard Manning, Jr.
Joseph R. Manning Certificate

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact the Member Services Center at 1-888-800-3400 or msc@calbar.ca.gov.

Sincerely,

Alex Calderon
The State Bar of California – Member Services Center

Enclosure(s):

1        Standard

Delivery Method: Regular Mail
PH: 949-200-8755

## THE STATE BAR
## OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 19, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOSEPH RICHARD MANNING, JR., #223381 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records