# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617        TELEPHONE: 888-800-3400

April 17, 2018

Diana/Linda
Manning Law, APC
4667 Mac Arthur Blvd
Suite # 150
Newport Beach, CA 92660

Re: State Bar Member Number 286879 – Michael John Manning
Michael Manning

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact the Member Services Center at 1-888-800-3400 or msc@calbar.ca.gov.

Sincerely,

Denise Velasco
The State Bar of California – Member Services Center

Enclosure(s):

1    Standard

Delivery Method: Regular Mail
PH: 949-200-8755

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 17, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL JOHN MANNING, #286879 was admitted to the practice of law in this state by the Supreme Court of California on November 29, 2012; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records