

# GNC website

**Andres Gomez** <cito2500@yahoo.com>　　　　　　　　　　　　　　　Mon, Jun 5, 2017 at 4:56 PM
Reply-To: Andres Gomez <cito2500@yahoo.com>
To: wcagcompliance@gmail.com
Cc: Jessica Kerr <jkerr@advocacypa.com>

http://www.gnc.com/

1. Website does not contain any statement of its ADA policy towards visually impaired patrons
2. Website does not contain an ADA button/link to adjust the website format to one that is fully readable but SRS and /or to change the font
3. Does not read first graphic promotional text on homepage
4. On second promotional graphic it does not read "Now through sunday", "Try Something New or Stock Up & Save"
5. Does not say "shop now" link or "in store coupon" or does not read bottom info for second graphic promotional text
6. Does not say "in store & online" for diet innovation promotion and does not say say "shop now" link
7. Does not say "product to fuel your performance" for member exclusive promotion or "shop now" link
8. In "shop by dietary needs" does not read "shop now" in any of the boxes in that section
9. Does not say text in graphic in section "Learning Center"

Jessica Kerr <jkerr@advocacypa.com>