**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ANDRES GOMEZ, on his own and on behalf of all others similarly situated )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>GENERAL NUTRITION CORPORATION, )<br>)<br>Defendant. )<br>) | **Case No. 1:17-cv-22747-MGC** |

**JOINT MOTION FOR EXTENSION TO FILE JOINT PRE-TRIAL STIPULATION**

The Parties, ANDRES GOMEZ, Plaintiff, and GENERAL NUTRITION CORPORATION, Defendant, by and through its undersigned attorneys, hereby respectfully requests this Court Grant a 14-day extension to file the Joint Pre-Trial Stipulation and in support thereof states:

1. Pursuant to this Court's Order Setting Pretrial Deadlines (Doc. 16) which was entered on October 23, 2017, the parties have 30 days from the Court's ruling on any dispositive motions in which to file the Joint Pre-Trial Stipulation.

2. The Court entered its ruling on Plaintiff's Motion for Summary Judgment on August 29, 2018 thus making the Joint Pre-Trial Stipulation due on or before September 28, 2018.

3. Counsel for Defendant just concluded a week-long jury trial out in Okeechobee County, Florida and is requesting a 14-day extension from September 28, 2018 to properly review this case and prepare a Joint Pre-Trial Stipulation with the Plaintiff's attorney.

4. Counsel for the Plaintiff does not oppose this motion.

5. This motion is made in good faith and will not affect the orderly progress of this case.

WHEREFORE, the Parties, ANDRES GOMEZ, Plaintiff, and GENERAL NUTRITION CORPORATION, Defendant , respectfully request a 14-day extension of time from September 28, 2018 in which to file the Joint Pre-Trial Stipulation until October 12, 2015 and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF CONFERRAL

By my signature below, I certify that I conferred with Plaintiff's counsel regarding the relief requested in this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on **26th day of September, 2018** I electronically served the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

By:   **s/ Paul R. Berg**
      FL Bar # 901172
      VOCELLE & BERG, LLP
      3333 20th Street
      Vero Beach, FL 32960
      Telephone:   (772) 562-8111
      Facsimile:   (772) 562-2870
      Email: PBerg@vocelleberg.com
             Courtdocs@vocelleberg.com
             JGraney@vocelleberg.com

2

**SERVICE LIST**

Andres Gomez v. General Nutrition Corporation
Case No. 1:17-cv-22747-MGC

Jessica L. Kerr, Esquire
Florida Bar No. 92810
The Advocacy Group
200 S.E. 6th Street, Suite 504
Fort Lauderdale, Florida 33301Tele: 954-282-1858
Email: service@advocacypa.com
Attorneys for Plaintiff

Joseph R. Manning , Jr.
Manning Law, APC
4667 MacArthur Boulevard, Suite 150
Newport Beach, CA 92660
949-200-8755
Email: adapracticegroup@manninglawoffice.com